IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **JIMMY SCOTT ELKINS,** ) | Civil Action No. 7:12-cv-00431 | |
|    Petitioner, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| **VIRGINIA, et al.,** ) | By: | Hon. Michael F. Urbanski |
|    Respondents. ) | | United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the Attorney General's motion to dismiss is **GRANTED**; petitioner's petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner and counsel of record for respondent.

Entered:  December 21, 2012

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge